# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                               Bankruptcy No. 15-23384-GLT
Penny S. Shaeffer,

                                                           Chapter 13

Debtor(s)

<u>NOTICE OF</u>
<u>AND CHANGE OF ADDRESS</u>

Undeliverable Address

    Name:                     Collection Service Center
                                 Attn.: Collections
                                 P.O. Box 1623
                                 Butler, PA 16003

Corrected Address

    Name:                     Collection Service Center
                                 P.O. Box 560
                                 New Kensington, PA 15068

                                                 <u>/s/Justin P. Schantz, Esquire</u>
Dated: September 30, 2018                  Electronic Signature of Debtor(s)' Attorney
                                                 Law Care
                                                 David A. Colecchia and Associates
                                                 324 South Maple Ave.
                                                 Greensburg, PA 15601
                                                 724-837-2320
                                                 PA Bar I.D. 210198
                                                 [jschantz@my-lawyers.us](mailto:jschantz@my-lawyers.us)