# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bankruptcy No. 15-23384-GLT

Penny S. Morhac,

Chapter 13

Debtor(s)

## NOTICE OF
## AND CHANGE OF ADDRESS

Undeliverable Address

    Name:  Northwest Consumer Discount
204 Butler Road
Kittanning, PA 16201

Corrected Address

    Name:  Northwest Consumer Discount
P.O. Box 2169
Butler, PA 16003

|  |  |
|---|---|
|  | /s/Justin P. Schantz, Esquire |
| Dated: October 7, 2018 | Electronic Signature of Debtor(s)' Attorney |
|  | Law Care |
|  | David A. Colecchia and Associates |
|  | 324 South Maple Ave. |
|  | Greensburg, PA 15601 |
|  | 724-837-2320 |
|  | PA Bar I.D. 210198 |
|  | jschantz@my-lawyers.us |