# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              Bankruptcy No. 15-23384-GLT
Penny S. Morhac,

                                                            Chapter 13

Debtor(s)

## NOTICE OF
## AND CHANGE OF ADDRESS

Undeliverable Address

    Name:                    Cach LLC/Square Two Financial
                                Attn.: Bankruptcy
                                4340 South Monaco Street, 2nd Floor
                                Denver, CO 80237

Corrected Address

    Name:                    Cach, LLC aka Square Two Financial
                                4500 Cherry Creek Road S Suite 700
                                Denver, CO 80246


                                                      /s/Justin P. Schantz, Esquire
Dated: October 7, 2018                     Electronic Signature of Debtor(s)' Attorney
                                                      Law Care
                                                        David A. Colecchia and Associates
                                                        324 South Maple Ave.
                                                        Greensburg, PA 15601
                                                        724-837-2320
                                                        PA Bar I.D. 210198
                                                        jschantz@my-lawyers.us