**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Penny S. Shaeffer, Debtor | Bankruptcy No.: 15-23384-GLT |
| | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Please enter my appearance on behalf of Parks Township Municipal Authority and index the same on the master mailing list.

Respectfully submitted,

*/s/ Michael S. Lazaroff*
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street
PO Box 216
Saxonburg, PA 16056-0216

724-352-4905

ButlerDebtLaw@zoominternet.net

Solicitor for Parks Twp Municipal Authority