UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In RE: Penny S. Morhac,
nka Penny S. Sheaffer,
        Debtor,

Penny S. Morhac,
nka Penny S. Sheaffer,
        Movant,

Vs.

No Respondents,

Case No. 15-23384-GLT

## ORDER OF COURT

AND NOW, this _____ day of _____, 20 ____ sufficient cause being present, the Court approves a change in the Debtor's name from the formerly known Penny S. Morhac to the now known Penny S. Sheaffer.

BY THE COURT:

_____
Gregory L. Taddonio U.S.
Bankruptcy Court Judge