UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In RE: Penny S. Sheaffer,
f/k/a Penny S. Morhac,
                    Debtor,

In RE: Penny S. Sheaffer,
f/k/a Penny S. Morhac,
                    Movant,
Vs.
PA Deptment of L&I,

Case No. 15-23384-GLT

Docket Document No. 66
Related to DD No. 61, 65

Fourth Amended Motion WO-1

**<u>CERTIFICATE OF SERVICE</u>**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 22, 2018  I served a copy of  the ***Ex-Parte Order*** AT DOC #65, ***Form 12*** and this ***COS*** by the following methods to the following people:

PA Department of L&I
Office of Unemployment Compensation
Duquesne UC Service Center
ATTN:  Garnish Coordinator
14 North Linden Drive
Duquesne, PA  15110

Penny S. Sheafer
241 Bethel Church Road
Vandergrift, PA  15690

Executed on:   October 22, 2018

/s/Justin P. Schantz, Esquire
Justin P. Schultz, Esquire
Pa.I.D.No. 210198
David A. Colecchia and Associates
LAW CARE
324 South Maple Ave.
Greensburg, PA 15601
(724)-837-2320
(724)-837-0602-fax