# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-23384-GLT |
| Penny S. Sheaffer | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Collection Service Center
                                Attn.: Collections
    Incorrect Address:    P.O. Box 1623
                                Butler, PA 16003

Corrected Address:

    Creditor Name:    Collection Service Center
    Correct Address:    P.O. Box 560
                                New Kensington, PA 15068

Dated: October 24, 2018

/s/Justin P. Schantz, Esquire
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
jschantz@my-lawyers.us