# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bankruptcy No. 15-23384-GLT

Penny S. Morhac,

Chapter 13

Debtor(s)

NOTICE OF
AND CHANGE OF ADDRESS

Undeliverable Address

    Name:  Northwest Consumer Discount
204 Butler Road
Kittanning, PA 16201

Corrected Address

    Name:  Northwest Consumer Discount
P.O. Box 2169
Butler, PA 16003

Dated: October 25, 2018

/s/Justin P. Schantz, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 210198
jschantz@my-lawyers.us