Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Penny S. Sheaffer
fka Penny S. Morhac**
   Debtor(s)

Bankruptcy Case No.: 15−23384−GLT
Related to Docket No. 69
Chapter: 13
Docket No.: 70 − 69
Concil. Conf.: January 24, 2019 at 11:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 21, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 7, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2019** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 6, 2018

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case 15-23384-GLT    Doc 71    Filed 11/08/18    Entered 11/09/18 00:49:04    Desc Imaged
Certificate of Notice    Page 2 of 5

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 15-23384-GLT
Penny S. Sheaffer                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: Nov 06, 2018
                              Form ID: 213            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db           +Penny S. Sheaffer,    241 Bethel Church Road,    Vandergrift, PA 15690-9043
cr           +Parks Twp Municipal Authority,    1106 Highland Avenue,    Vandergrift, PA 15690-6136
cr           +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860
14106895    ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,   STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Center,    Attn:Collection Center,
               P. O. Box 14931,    Pittsburgh, PA 15234)
14106892     +Cach LLC aka Square Two Financial,    4500 Cherry Creek Road S Suite 700,
               Denver, CO 80246-1534
14106894     +Collection Service Center,    P.O. Box 560,   New Kensington, PA 15068-0560
14186407      Department of Education,    PO Box 16448,   St. Paul, MN 55116-0448
14106897     +Northwest Consumer Discount,    P.O. Box 2169,   Butler, PA 16003-2169
14106898      PARKS TOWNSHIP MUNICIPAL AUTHORITY,    101 Highland Avenue,    VANDERGRIFT, PA 15690
14106901      U S Dept Of Ed/Gsl/Atl,    P. O. Box 4222,   Iowa City, IA 52244
14727857     +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
               1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14106891     +E-mail/Text: rksnyder@co.armstrong.pa.us Nov 07 2018 02:21:02
               Armstrong County Tax Claim Bureau,    Court House,   450 East Market Street,
               Kittanning, PA 16201-1409
14135404      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2018 02:18:24      CACH, LLC,
               PO Box 10587,    Greenville, SC 29603-0587
14106893     +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 07 2018 02:21:01      Cbe Group,
               1309 Technology Parkway,    Cedar Falls, IA 50613-6976
14130907     +E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2018 02:20:24      Ditech Financial LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number 57709-6154
14106896     +E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2018 02:20:24      Green Tree Servicing LLC,
               P. O. Box 6172,    Rapid City, SD 57709-6172
14106900     +E-mail/Text: bankruptcy@sw-credit.com Nov 07 2018 02:20:48      Southwest Credit System,
               4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
14106902     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 07 2018 02:20:16
               Verizon,   500 Technology Drive, Suite 550,    Weldon Spring, MO 63304-2225
14106903      E-mail/Text: bankruptcy@firstenergycorp.com Nov 07 2018 02:20:51      West Penn Power,
               76 South Main Street,    Akron, OH 44308-1890
14167028     +E-mail/Text: bankruptcy@firstenergycorp.com Nov 07 2018 02:20:51      West Penn Power,
               5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiFinancial Servicing LLC
cr              CitiFinancial Servicing LLC et. al.
cr              Ditech Financial LLC, As Authorized Servicer Citif
cr              Wilmington Savings Fund Society, FSB Et Al...
cr              Wilmington Savings Fund Society, FSB, as trustee f
cr              Wilmington Savings Fund Society, FSB, as trustee f
cr*             CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
14106899    ##+Peoples Natural Gas,    P. O. Box 6766,   Pittsburgh, PA 15212-0766
                                                                                   TOTALS: 6, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: jhel              Page 2 of 2              Date Rcvd: Nov 06, 2018
                                  Form ID: 213            Total Noticed: 20
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor Penny S. Sheaffer colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB Et Al...
               bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor   CitiFinancial Servicing LLC et. al. jschalk@barley.com,
               sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    Ditech Financial LLC, As Authorized Servicer
               Citifinancial Servicing LLC etal jschalk@barley.com,  sromig@barley.com
              Justin P. Schantz    on behalf of Debtor Penny S. Sheaffer jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Mario J. Hanyon    on behalf of Creditor   CitiFinancial Servicing LLC pawb@fedphe.com
              Michael S. Lazaroff    on behalf of Creditor   Parks Twp Municipal Authority
               butlerdebtlaw@zoominternet.net,   alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 10
```