# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** PENNY S. SHEAFFER
**Case Number:** 15-23384-GLT        **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 21, 2019 11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

# 73 - Trustee's Certificate of Default to Dismiss

# 77 - Amended Plan Dated 1/25/19 (nfc)
R / M #:  73 / 0

### *Appearances:*

Schantz

Debtor:
Trustee:  Winnecour / (Pail) / Katz / DeSimone
Creditor:

*[RECEIVED 2019 MAR 22 P 12:52 U.S. BANKRUPTCY COURT PITTSBURGH]*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to  6/13/19  at  3:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/15/2019   1:16:14PM