# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bankruptcy No. 15-23384-GLT

Penny S. Sheaffer,

Chapter 13

Debtor(s)

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Name:    Cach LLC/Square Two Financial
                  Attn.: Bankruptcy
                  4340 South Monaco Street, 2nd Floor
                  Denver, CO 80237

Corrected Address

    Name:    Cach, LLC
                  6300 South Syracuse Way, Suite 300
                  Centennial, CO 8011

                                            /s/Justin P. Schantz, Esquire

Dated: April 9, 2019                      Electronic Signature of Debtor(s)' Attorney
                                            Law Care
                                            David A. Colecchia and Associates
                                            324 South Maple Ave.
                                            Greensburg, PA 15601
                                            724-837-2320
                                            PA Bar I.D. 210198
                                            jschantz@my-lawyers.us