# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  Bankruptcy No. 15-23384-GLT

Penny S. Sheaffer,

                                                          Chapter 13

Debtor(s)

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Name:             Cach LLC/ aka Square Two Financial
                             4500 Cherry Creek Road S Suite 700
                             Denver, CO 80246-1534

Corrected Address

    Name:             Cach, LLC
                             6300 South Syracuse Way, Suite 300
                             Centennial, CO 80111

                                                     /s/Justin P. Schantz, Esquire

Dated: April 18, 2019                      Electronic Signature of Debtor(s)' Attorney
                                                     Law Care
                                                     David A. Colecchia and Associates
                                                      324 South Maple Ave.
                                                     Greensburg, PA 15601
                                                    724-837-2320
                                                    PA Bar I.D. 210198
                                                    jschantz@my-lawyers.us