UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Penny S. Sheaffer,<br>f/k/a Penny S. Morhac,<br>　　　　　Debtor, | Case No. 15-23384-GLT |
| In RE: Penny S. Sheaffer,<br>f/k/a Penny S. Morhac,<br>　　　　　Movant,<br>Vs.<br>PA Department of L&I,<br>　　　　　Respondent | Docket Document No. 94<br>Related to DD No. 90, 91, 93<br><br>Fifth Amended Motion WO-1 |

## **AMENDED CERTIFICATE OF SERVICE**

　　　　I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 2, 2019, I served a copy of the ***Ex-Parte Order*** at DOC #91, ***Form 12*** and this ***COS*** by the following methods to the following people:

PA Department of L&I
Office of Unemployment Compensation
Duquesne UC Service Center
ATTN: Garnish Coordinator
14 North Linden Drive
Duquesne, PA  15110

Penny S. Sheafer
241 Bethel Church Road
Vandergrift, PA  15690

Executed on:　July 2, 2019

/s/Justin P. Schantz, Esquire
Justin P. Schultz, Esquire
Pa.I.D.No. 210198
David A. Colecchia and Associates
LAW CARE
324 South Maple Ave.
Greensburg, PA 15601
(724)-837-2320
(724)-837-0602-fax