# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** PENNY S. SHEAFFER
- **Case Number:** 15-23384-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 12, 2019 01:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#69 - Continued Trustee's Certificate of Default to Dismiss
R / M #:  69 / 0

### Appearances:

- Debtor: Schantz
- Trustee: Winnecour / Pail / Katz / **DeSimone**
- Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10/24/19 at 2:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Cmt to see why wage attachment is not remitting