IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
NOV 07 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:

Penny S. Sheaffer

*Debtor(s).*

Case No.: 15-23384
Chapter: 13

Date: 11/6/2019
Time: 10:00

## PROCEEDING MEMO

**MATTER:** #69 - Continued Trustee's Certificate of Default Requesting Dismissal of Case.

**APPEARANCES:**
Debtor: David Colecchia
Trustee: Kate Disimone

**NOTES:** (10:24/10:40)

Disimone: 41 months have elapsed, and to date no payments have been made since March.

Colecchia: My client was supposed to receive unemployment compensation. There is no defense to dismissal.

**OUTCOME:**

1. Trustee's *Certificate of Default Requesting Dismissal of Case* [Dkt. No. 69] is GRANTED. O/E

**DATED:** 11/6/2019