**FILED**

NOV 07 2019

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>PENNY S. SHEAFFER<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>PENNY S. SHEAFFER<br><br>Respondent(s) | Case No. 15-23384GLT<br>Chapter 13<br><br>Related to Document No. 69 |

## ORDER

AND NOW, this **6th** day of **November**, 20**19**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐     This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒     This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.     Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.     This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

        (1)    the time deadline provided by state law; or

        (2)    30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of __ months; the monthly plan payment amount is changed to $_____ effective_____ .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____
_____
_____
_____
_____

BY THE COURT:

Dated: **11/6/2019**

_____
United States Bankruptcy Judge

Page 2 of 2

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 15-23384-GLT
Penny S. Sheaffer                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: llea                Page 1 of 2          Date Rcvd: Nov 07, 2019
                             Form ID: pdf900           Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db             +Penny S. Sheaffer,    241 Bethel Church Road,    Vandergrift, PA 15690-9043
cr             +Parks Twp Municipal Authority,    1106 Highland Avenue,    Vandergrift, PA 15690-6136
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14106895      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,     Attn:Collection Center,
                 P. O. Box 14931,   Pittsburgh, PA 15234)
14106892       +Cach LLC aka Square Two Financial,    6300 South Syracuse Way, Ste. 300,
                 Centennial, CO 80111-6723
14106894       +Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
14186407        Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
14106897       +Northwest Consumer Discount,    P.O. Box 2169,    Butler, PA 16003-2169
14106898        PARKS TOWNSHIP MUNICIPAL AUTHORITY,    101 Highland Avenue,    VANDERGRIFT, PA 15690
14106901        U S Dept Of Ed/Gsl/Atl,    P. O. Box 4222,    Iowa City, IA 52244
14727857       +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14106891       +E-mail/Text: rksnyder@co.armstrong.pa.us Nov 08 2019 02:45:39
                 Armstrong County Tax Claim Bureau,    Court House,    450 East Market Street,
                 Kittanning, PA 16201-1409
14135404        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2019 02:51:03     CACH, LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
14106893       +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 08 2019 02:45:37     Cbe Group,
                 1309 Technology Parkway,    Cedar Falls, IA 50613-6976
14130907       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 08 2019 02:45:13     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154,    Telephone number 57709-6154
14106896       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 08 2019 02:45:13     Green Tree Servicing LLC,
                 P. O. Box 6172,   Rapid City, SD 57709-6172
14106900       +E-mail/Text: bankruptcy@sw-credit.com Nov 08 2019 02:45:26     Southwest Credit System,
                 4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
14106902       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 08 2019 02:45:01
                 Verizon,    500 Technology Drive, Suite 550,   Weldon Spring, MO 63304-2225
14106903        E-mail/Text: bankruptcy@firstenergycorp.com Nov 08 2019 02:45:28     West Penn Power,
                 76 South Main Street,    Akron, OH 44308-1890
14167028       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 08 2019 02:45:28     West Penn Power,
                 5001 NASA Blvd,   Fairmont, WV 26554-8248
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiFinancial Servicing LLC
cr              CitiFinancial Servicing LLC et. al.
cr              Ditech Financial LLC, As Authorized Servicer Citif
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O
cr              Wilmington Savings Fund Society, FSB Et Al...
cr              Wilmington Savings Fund Society, FSB, as trustee f
cr*             Wilmington Savings Fund Society, FSB, as trustee f
cr*             CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
14106899      ##+Peoples Natural Gas,    P. O. Box 6766,   Pittsburgh, PA 15212-0766
                                                                                 TOTALS: 7, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: llea                     Page 2 of 2                 Date Rcvd: Nov 07, 2019
                                Form ID: pdf900                Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:

      David A. Colecchia    on behalf of Debtor Penny S. Sheaffer colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

      James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al... bkgroup@kmllawgroup.com

      Joseph P. Schalk    on behalf of Creditor    CitiFinancial Servicing LLC et. al. jschalk@barley.com, sromig@barley.com

      Joseph P. Schalk    on behalf of Creditor    Ditech Financial LLC, As Authorized Servicer Citifinancial Servicing LLC etal jschalk@barley.com,  sromig@barley.com

      Justin P. Schantz    on behalf of Debtor Penny S. Sheaffer jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

      Mario J. Hanyon    on behalf of Creditor    CitiFinancial Servicing LLC pawb@fedphe.com

      Michael S. Lazaroff    on behalf of Creditor    Parks Twp Municipal Authority butlerdebtlaw@zoominternet.net,  alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com

      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

      TOTAL: 10