**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PENNY S SHEAFFER

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:15-23384 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/15/2015 and confirmed on 02/26/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 40,941.68 |
| Less Refunds to Debtor | 500.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,441.68 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,310.00 | |
| Trustee Fee | 1,721.16 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,031.16 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 31,497.70 | 0.00 | 31,497.70 |
| Acct: 4764 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 10,722.41 | 3,054.95 | 0.00 | 3,054.95 |
| Acct: 4764 | | | | |
| ARMSTRONG COUNTY TAX CLM BUR | 7,389.09 | 0.00 | 857.87 | 857.87 |
| Acct: XXXXXXXXXXXXXXXXXXXXX1-14 | | | | |
| PARKS TWP MUNICIPAL AUTHORITY | 1,786.33 | 0.00 | 0.00 | 0.00 |
| Acct: 9000 | | | | |
| | | | | 35,410.52 |
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENNY S SHEAFFER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENNY S SHEAFFER | 500.00 | 500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 3,310.00 | 3,310.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 10,961.06 | 0.00 | 0.00 | 0.00 |
| Acct: 4764 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC - EQUITA | 967.32 | 0.00 | 0.00 | 0.00 |
| Acct: 0018 | | | | |
| CACH LLC | 3,302.38 | 0.00 | 0.00 | 0.00 |
| Acct: 1206 | | | | |
| CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5422 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: KFMW | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: Z8PO | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: O0IQ | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: P2T2 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: C13R | | | | |
| NORTHWEST CONSUMER DISCOUNT CO** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0925 | | | | |
| US DEPARTMENT OF EDUCATION | 115.01 | 0.00 | 0.00 | 0.00 |
| Acct: 8813 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 4,541.10 | 0.00 | 0.00 | 0.00 |
| Acct: 8778 | | | | |
| PARKS TWP MUNICIPAL AUTHORITY | 3,981.17 | 0.00 | 0.00 | 0.00 |
| Acct: 9000 | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S LAZAROFF ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                          35,410.52

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 10,961.06 |
| SECURED | 19,897.83 |
| UNSECURED | 12,906.98 |

Date: 01/13/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com